# Court of Appeals
# of the State of Georgia

ATLANTA,  June 01, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1295. JEFF MCCULLOUGH v. THE STATE.

In 2014, Jeff McCullough entered a negotiated guilty plea to voluntary manslaughter as a lesser included offense of malice murder, and the trial court sentenced him to 20 years. McCullough later filed a motion in arrest of judgment, which the trial court dismissed on August 16, 2022. On January 5, 2023, McCullough filed a notice of appeal of the trial court's order dismissing his motion in arrest of judgment. McCullough states in his notice of appeal that he did not learn that his motion was dismissed until December 2022. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). McCullough's notice of appeal was filed 142 days after entry of the trial court's order dismissing his motion. Thus, this appeal is untimely and is therefore DISMISSED for lack of jurisdiction. See id.; *Hill-Blount v. State*, 336 Ga. App. 633, 634-635 (2) (785 SE2d 309) (2016).

To the extent that the trial court may have frustrated McCullough's ability to seek appellate review by failing to notify him of its order in a timely manner, McCullough's remedy is to petition the trial court to vacate and re-enter the order under OCGA § 9-11-60 (g). See *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980), disapproved in part by *Wright v. Young*, 297 Ga. 683, 684

n.3 (777 SE2d 475) (2015). If the order is vacated and re-entered, McCullough would be required to file a notice of appeal within 30 days from the date of re-entry. Id.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,*  *06/01/2023*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*